UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUDY CASTILLO, | ) | 1:12-cv—00302-LJO-BAM-HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING RESPONDENT TO |
| | ) | FILE NO LATER THAN FORTY-FIVE |
| | ) | DAYS AFTER SERVICE OF THIS ORDER |
| v. | ) | A RESPONSE TO THE PETITION IN |
| | ) | ACCORDANCE WITH THE COURT'S |
| F B HAWS, Warden, | ) | PREVIOUS ORDER  (Doc. 11) |
| | ) | |
| Respondent. | ) | ORDER PERMITTING PETITIONER TO |
| | ) | FILE A TRAVERSE IN THIRTY (30) |
| | ) | DAYS IN ACCORDANCE WITH THE |
| | | COURT'S PREVIOUS ORDER (Doc. 11) |
| | | |
| | | ORDER DIRECTING THE PARTIES TO |
| | | PROCEED IN ACCORDANCE WITH THE |
| | | COURT'S PREVIOUS ORDER |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

   On March 15, 2012, the Court issued an order that directed Respondent to file a response to the petition and set a briefing schedule for the Petitioner to file a traverse to any response filed by Respondent.

   On May 14, 2012, Respondent filed a motion to dismiss the

1

1 petition. On March 6, 2013, the motion was denied, and the
2 matter was referred back to the Magistrate Judge to direct the
3 filing of a response to the petition.
4     Accordingly, it is ORDERED that:
5     1) Respondent shall FILE no later than forty-five (45) days
6 after the date of service of this order an answer to the
7 petition; and
8     2) Petitioner may FILE a traverse to the answer no later
9 than thirty (30) days after the date of service of the answer on
10 Petitioner; and
11     3) The parties are DIRECTED to proceed in accordance with
12 the Court's order of March 15, 2012, which, except as modified
13 herein, remains in effect.
14     IT IS SO ORDERED.
15 **Dated:** **March 11, 2013**          **/s/ Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE