1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   RUDY CASTILLO,                          1:12-cv-00302-LJO-BAM (HC)

12           Petitioner,                     ORDER GRANTING RESPONDENT'S
                                             SECOND MOTION FOR EXTENSION OF
13        vs.                                TIME TO FILE RESPONSE TO PETITION

14   F. B. HAWS,                             (DOCUMENT #31)

15           Respondent.                     DEADLINE: JULY 10, 2013

16   _____/

17           Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On June 5, 2013, respondent filed a motion to extend time to file a response to

19   the petition for writ of habeas corpus.  Good cause having been presented to the court and

20   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21           Respondent is granted up to and including July 10, 2013, in which to file a response to

22   the petition for writ of habeas corpus.

23        IT IS SO ORDERED.

24   **Dated:    June 6, 2013**                 **/s/ Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28