IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CASTILLO, | 1:12-cv-00302-LJO-BAM (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
|     vs. | |
| F. B. HAWS, | (DOCUMENT #31) |
|     Respondent. | DEADLINE: JULY 10, 2013 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 5, 2013, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including July 10, 2013, in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: **June 6, 2013**        /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE