UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CASTILLO,<br><br>            Petitioner,<br><br>    v.<br><br>F. B. HAWS, Warden,<br><br>            Respondent. | Case No. 1:12-cv-00302-LJO-BAM-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE NO LATER THAN THIRTY DAYS AFTER SERVICE OF THIS ORDER OPPOSITION OR NOTICE OF NON-OPPOSITION TO PETITIONER'S MOTION FOR A STAY (DOC. 38)<br><br>ORDER PERMITTING PETITIONER TO FILE A REPLY NO LATER THAN THIRTY (30) DAYS AFTER SERVICE OF OPPOSITION |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is Petitioner's motion for a stay of the proceedings filed on February 19, 2015.

    A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties.  Landis v. North American Co., 299 U.S. 248, 254-255 (1936); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th

1

Cir. 1992). The Court exercises its discretion to set a briefing schedule with respect to Petitioner's motion for the benefit of the Court and the parties.

Respondent shall FILE no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's motion.

Petitioner may FILE a reply to any opposition filed by Respondent no later than thirty (30) days after the date of service upon Petitioner of any opposition filed by Respondent.

IT IS SO ORDERED.

Dated:   **March 2, 2015**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE